# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| William Joseph Johnston, ) | |
| ) | |
|    Plaintiff, ) | Civil Action File No.: |
| ) | 1:21-cv-01572-MLB-WEJ |
| v. ) | |
| Equifax Information Services LLC, ) | |
| Experian Information Solutions, ) | |
| Inc., and Quicken Loans, LLC, ) | |
| ) | |
|    Defendants. ) | |

## NOTICE OF SETTLEMENT AS TO
## EQUIFAX INFORMATION SERVICES, LLC.

Plaintiff, William Joseph Johnston, hereby notifies the Court that a settlement of the above-referenced action has been reached with Defendant, Equifax. Plaintiff and Equifax anticipate needing approximately 60 days to document and conclude the settlement. Plaintiff will thereafter file or otherwise move for a dismissal as to Equifax. Accordingly, Plaintiff respectfully submits that this obviates the need for Equifax to file an Answer or make any other Court required filings prior to dismissal.[1]

Respectfully submitted this 9th day of June, 2021.

**BERRY & ASSOCIATES**

---

[1] If, however, the settlement is not concluded within the next 60 days, Plaintiff will timely notify the Court.

1

          */s/ Joseph L. Erkenbrack*
          Joseph L. Erkenbrack
          Georgia Bar No.: 801728
          JErkenbrack@mattberry.com
          2751 Buford Highway, Suite 600
          Atlanta, GA 30324
          Ph. (404) 235-3305

          *Plaintiff's Attorney*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2021, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on Equifax, via First-Class Mail, with adequate postage affixed thereto and addressed as follows:

Charles Campbell
Legal Counsel - Litigation
Equifax Legal Department
1550 Peachtree Street
Atlanta, Georgia 30309

**BERRY & ASSOCIATES**

*/s/ Joseph L. Erkenbrack*
Joseph L. Erkenbrack
Georgia Bar No.: 801728
JErkenbrack@mattberry.com

*Plaintiff's Attorney*

3