# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

William Joseph Johnston,

        Plaintiff,

v.                                 Case No. 1:21-cv-1572-MLB

Experian Information Solutions, Inc.,

        Defendant.

_____/

## ORDER

This matter is before the Court on Magistrate Judge Walter E. Johnson's Final Report and Recommendation ("R&R") (Dkt. 16). The R&R recommends dismissing this action for failure to comply to with a lawful order of the Court. No one objects to the R&R.

"It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). But many district courts still do conduct a limited review of unobjected-to portions of an

R&R, typically for clear error.  *See* Fed. R. Civ. P. 72(b) advisory committee's note (1983 Addition) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").  Even assuming that review is necessary here, the Court sees no clear error in the Magistrate Judge's conclusions.  So the Court adopts the R&R.

The Court **ADOPTS** the Magistrate Judge's Final Report and Recommendation (Dkt. 16) and **DISMISSES** this case **WITHOUT PREJUDICE**.

**SO ORDERED** this 22nd day of March, 2022.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE