**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| William Joseph Johnston,<br>　　　　　Plaintiff(s),<br><br>vs.<br><br>Experian Information Solutions, Inc.,<br>　　　　　Defendant(s). | CIVIL ACTION FILE<br><br>NO.  1:21-cv-1572-MLB |

## J U D G M E N T

This action having come before the court, Michael L Brown, United States District Judge, for consideration of the magistrate's report and recommendation, and the court having adopted the same, it is

**Ordered and Adjudged** that the action be **DISMISSED** for failure to comply with a court order.

Dated at Atlanta, Georgia this 22nd day of March, 2022.

　　　　　　　　　　　　　　　　　　KEVIN P. WIEMER
　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　By:  s/D. Burkhalter_____
　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
March 22, 2022
Kevin P. Weimer
Clerk of Court


By:  s/D. Burkhalter_____
　　　　Deputy Clerk